PER CURIAM.

(No. 73-CC-11

E. R. SQUIBB AND SONS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 3, 1973.*

E. R. SQUIBB AND SONS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-59

SARGENT-WELCH SCIENTIFIC CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Respondent.

*Opinion filed May 3, 1973.*

SARGENT-WELCH SCIENTIFIC CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.